AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

CARLOS RUIZ FLOREZ

*Plaintiff(s)*

v.   Civil Action No. 24-cv-543 NCM-RML

L & C BRAND REALTY INC. and SOKO-LYA CAFE INC.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SOKO-LYA CAFE INC.
   410 BRIGHTON BEACH AVENUE,
   BROOKLYN, NY, UNITED STATES, 11235

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Jennifer E. Tucek,
   Law Office of Jennifer Tucek PC
   315 Madison Ave., #3054 NY, NY 10017 (917) 669-6991
   TucekLaw@Gmail.Com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Brenna Mahoney

*CLERK OF COURT*

s/Kimberly Davis

Date: 1/25/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| CARLOS RUIZ FLOREZ <br><br> *Plaintiff(s)* <br> v. <br> L & C BRAND REALTY INC. and SOKO-LYA CAFE INC. <br><br> *Defendant(s)* | Civil Action No. 24-cv-543 NCM-RML |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  L & C BRAND REALTY INC.
2560 EAST 12TH STREET,
BROOKLYN, NY, UNITED STATES, 11235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jennifer E. Tucek,
> Law Office of Jennifer Tucek PC
> 315 Madison Ave., #3054 NY, NY 10017 (917) 669-6991
> TucekLaw@Gmail.Com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahoney
*CLERK OF COURT*

Date: 1/25/2024

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*

