LAW OFFICE OF JENNIFER E. TUCEK, PC
315 Madison Avenue, Suite 3054
New York, N.Y. 10017
(917) 669-6991
TucekLaw@Gmail.com

April 1, 2024

<u>VIA ECF</u>
Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Florez v. L&C Brand Realty, Inc.*
Case No. 24-cv-0543

Dear Judge Levy:

I represent the Plaintiff, Carlos Ruiz Florez ("Plaintiff"), in this case. Plaintiff respectfully requests a two-week extension of time to move for an entry of default as ordered on March 22, 2024 (Docket No. 6). Plaintiff has been diligently attempting to reach Defendants in this matter. On Friday, March 29, I received a phone call from the principle of Defendant Soko-Lya, Inc., the tenant and operator of the business at restaurant at issue. She stated that she had recently sent the matter to her insurance carrier, and the matter was being assigned to counsel. She was unsure whether the attorney would be representing the landlord as well.

Plaintiff is seeking a two-week extension to discuss the matter with defense counsel and sort out any representation issues. Thank you.

\

Respectfully submitted,

/s/Jennifer E. Tucek
Jennifer E. Tucek