UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RUIZ FLOREZ,<br>    Plaintiff,<br>vs.<br><br>L & C BRAND REALTY INC. and SOKO-LYA CAFÉ INC.,<br>    Defendants. | Civil Action No. 24-cv-0543 (NCM/RML)<br><br><br>REQUEST FOR ENTRY OF CLERK'S CERTIFICATE OF DEFAULT |

TO: BRENNA B. MAHONEY
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

    Please enter default of Defendants L & C Brand Realty Inc. and Soko-lya Café Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend the above captioned action as fully appears from the Court file herein and from the attached affirmation of Jennifer E. Tucek, Esq.

Dated: <u>April 16, 2024</u>

                                                          Respectfully submitted,

                                                          <u>*s/ Jennifer E. Tucek, Esq.*</u>
                                                          Law Office of Jennifer Tucek, PC
                                                          *Attorney for Plaintiff*
                                                          Bar No. JT2817
                                                          315 Madison Avenue, #3054
                                                          New York, N.Y. 10017
                                                          (917) 669-6991
                                                          TucekLaw@Gmail.com