UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
                                               :
Carlos Ruiz Florez                             :    Index No: 24-v-0543 (NCM)
                              Plaintiff,        :
                                               :
       vs.                                     :
                                               :
L & C Brand Realty Inc. and                    :
Soko-Lya Café Inc.                             :
                                               :
                              Defendants       :
                                               :
                                               :
------------------------------------------------------------- x
```

      **PLEASE TAKE NOTICE**, that upon the accompanying Affirmation dated June

3, 2024, and all the exhibits attached thereto, the undersigned, on behalf of the Plaintiff

Javier Monge, will move this Court, before the Honorable Natasha C. Merle at the United

States District Court, located at 225 Cadman Plaza on a day and time to be set by the

Court for an order granting plaintiff's motion for a default judgment against all

defendants.


Dated: June 3, 2024


                                         */s/ Jennifer E. Tucek, Esq.*
                                         Law Office of Jennifer Tucek, PC
                                         *Attorney for Plaintiff*
                                         Bar No. JT2817
                                         315 Madison Avenue, #3054
                                         New York, N.Y. 10017
                                         (917) 669-6991
                                         TucekLaw@Gmail.com