UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARLOS RUIZ FLOREZ,

                Plaintiff,                    24-cv-0543 (NCM/RML)

   -    against –                    **CERTIFICATE OF DEFAULT**

L & C BRAND REALTY INC. and
SOKOLYA CAFÉ INC.,
                Defendants.
-----------------------------------------------------------X

      I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendants L & C BRAND REALTY INC. and SOKOLYA CAFÉ INC., have not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendants L & C BRAND REALTY INC. and SOKOLYA CAFÉ INC., is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       April 23, 2024

BRENNA B. MAHONEY, Clerk of the Court

By: _____*Jalitza Poveda*_____
        Deputy Clerk