UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Carlos Ruiz Florez

CASE NO. 24-CV-0543 (NCM)

Plaintiff,

v.

L & C Brand Realty Inc. and
Soko-Lya Café Inc.

Defendants.
_____/

.

**Natasha C. Merle, United States District Judge**

Having reviewed all the moving papers, I hereby find as follows:

Plaintiff having moved for a default judgment against defendants in this action; and the Clerk of Court, by Memorandum and Decision and Order dated _____ having granted the Default Motion; it is hereby

**ORDERED AND ADJUDGED,** that plaintiff's motion for a default judgment is granted to the extent set forth in the Decision and Memorandum; and it is further

**ORDERED, ADJUDGED AND DECREED**, That, (1) defendants shall submit to plaintiff's counsel a remediation plan that addresses the Americans with Disabilities Act Accessibility Guidelines violations identified in Plaintiff's Complaint at Paragraph 18 within 60 days of plaintiff's filing of proof of service of the Order upon defendants; (2) within 30 days from receipt of defendants' plans, plaintiff

1

shall file consent to it or seek further relief from the court; and defendants shall make any necessary alterations within 60 days of plaintiff's consent or subsequent Order of the Court; and it is further

**ORDERED AND ADJUDGED,** that plaintiff may renew his motion for attorney's fees and costs at the conclusion of the case.

**SO ORDERED**

_____

Dated: New York, NY                                    U.S.D.J.

_____